# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>CCB CREDIT SERVICES, INC.,<br><br>    Defendant. | [PROPOSED]<br>AGREED SCHEDULING ORDER<br><br>Civil Action No. 09-cv-5307<br><br>**Judge Norgle**<br><br>**Magistrate Judge Denlow** |

## AGREED SCHEDULING ORDER

In light of this Court's granting of Defendant's Agreed Motion for an Extension of Time to Complete Discovery (Docket # 20), the Court vacates all deadlines and schedules previously ordered and sets the following schedule for the remainder of this case:

1. All discovery shall be completed by September 30, 2010.

2. Summary Judgment Motions are due by November 1, 2010.

3. Responses are due by November 19, 2010.

4. Replies are due by December 8, 2010.

5. Final Pretrial Order is due by March 1, 2011.

6. Jury trial is set for _____.
   [the parties suggest a jury trial be set during the month of April 2011.]

_____
Judge Charles R. Norgle, Sr.
United States District Court

7/12/2010