# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5307 | **DATE** | 6/15/2011 |
| **CASE TITLE** | Franklin vs. CCB Credit Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for partial summary judgment [34] is granted in part and denied in part. Defendant's motion for summary judgment [38] is also granted in part and denied in part. Summary judgment is entered in favor of Plaintiff on the 15 U.S.C. § 1692e claim over reports to credit bureaus. A genuine dispute as to a material fact exists concerning whether a hypothetical debtor could perform calculations needed to understand the dunning letter. Remaining issues are resolved in favor of Defendant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|